# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILE BY FAX

San Diego County Cement Masons
Group Insurance Trust   (See
Attachment)
vs
Harris Concrete, Inc., a corporation

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0561 DMS RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kerry K. Fennelly, Esq.
Melissa W. Cook & Associates
3444 Camino del Rio North, Suite 106
San Diego, California 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

____W. Samuel Hamrick, Jr.____        ____3/26/08____
CLERK                                  DATE

By  C. PUTZMANN  Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



# ATTACHMENT TO SUMMONS IN A CIVIL ACTION

**Plaintiffs:**

San Diego County Cement Masons Pension Trust Fund;
San Diego County Cement Masons Apprentice and Training Trust Fund;
San Diego County Cement Masons Local 500/Area 744 Vacation Plan; and
Operative Plasterers' and Cement Masons' International Association, Local Union 500/Area 744

KKF/mdn/0356.21.Attachment to Summons.wpd