Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

San Diego County Cement Masons
Group Insurance Trust  (See
Attachment)

vs

Harris Concrete, Inc., a corporation

FILE BY FAX

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 0561 DMS RBB

TO: (Name and Address of Defendant)

Harris Concrete, Inc., a corporation
8265 Commercial Street, Suite 9
La Mesa, California 91942

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kerry K. Fennelly, Esq.
Melissa W. Cook & Associates
3444 Camino del Rio North, Suite 106
San Diego, California 92108

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/26/08
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)



## ATTACHMENT TO SUMMONS IN A CIVIL ACTION

**Plaintiffs:**

San Diego County Cement Masons Pension Trust Fund;
San Diego County Cement Masons Apprentice and Training Trust Fund;
San Diego County Cement Masons Local 500/Area 744 Vacation Plan; and
Operative Plasterers' and Cement Masons' International Association, Local Union 500/Area 744

KKF/mdn/0356.21.Attachment to Summons.wpd