MELISSA W. COOK, ESQ.; SBN 134791
LISA A. LESLEY, ESQ.; SBN 216503
KERRY K. FENNELLY, ESQ.; SBN: 232621
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone:  (619) 280-4302
Facsimile:  (619) 280-4304
MWCCoast@aol.com
kkfennelly@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744,<br><br>                    Plaintiffs,<br><br>        v.<br><br>HARRIS CONCRETE, INC., a corporation,<br><br>                    Defendant. | Case No. 08 CV 0561 DMS RBB<br><br>DECLARATION OF SERVICE |

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KERRY FENNELLY  SBN 232621<br>MELISSA W. COOK & ASSOCIATES<br>3444 CAMINO DEL RIO NORTH<br>SUITE 106<br>SAN DIEGO CA 92108 | 503-623-5053<br><br>Ref. No. or File No.<br>0356.21 | |

ATTORNEY FOR   Plaintiff

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:

San Diego County Cement Masons v Harris Concrete, Inc.

| INVOICE NO.<br>621305 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>08CV0561DMSRB |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED:
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

    Summons in a Civil Action, Complaint

ON: HARRIS CONCRETE, INC., A
    CORPORATION

AT: 8265 COMMERCIAL STREET
    SUITE 9
    LA MESA CA 91942

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

ROBERT HAYLEY
WHOSE TITLE IS: C.E.O.

ON: 03/31/08     AT: 01:46 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: ROBERT HANSELL          FEE FOR SERVICE:     69.50

RAPID LEGAL INC                    d.  Registered California process server
1199 MONTEREY PASS RD              (1) [  ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754           (2) Registration No. 351
323-526-7300 FAX 323-526-7377     (3) County: SAN DIEGO
                                   (4) Expiration: 04/09/08
I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 04/01/08

                                   >
                                        SIGNATURE