1  MELISSA W. COOK, ESQ.; SBN 134791
   LISA A. LESLEY, ESQ.; SBN 216503
2  KERRY K. FENNELLY, ESQ.; SBN: 232621
   MELISSA W. COOK & ASSOCIATES
3  3444 Camino del Rio North, Suite 106
   San Diego, California 92108
4  Telephone: (619) 280-4302
   Facsimile: (619) 280-4304
5  MWCCoast@aol.com
   kkfennelly@sbcglobal.net
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 SAN DIEGO COUNTY CEMENT            )   Case No. 08 CV 0561 DMS RBB
   MASONS GROUP INSURANCE             )
11 TRUST; SAN DIEGO COUNTY            )
   CEMENT MASONS PENSION TRUST        )   DECLARATION OF SERVICE
12 FUND; SAN DIEGO COUNTY             )
   CEMENT MASONS APPRENTICE           )
13 AND TRAINING TRUST FUND; SAN       )
   DIEGO COUNTY CEMENT MASONS         )
14 LOCAL 500/AREA 744 VACATION        )
   PLAN; and OPERATIVE                )
15 PLASTERERS' AND CEMENT             )
   MASONS' INTERNATIONAL              )
16 ASSOCIATION, LOCAL UNION           )
   500/AREA 744,                      )
17                                    )
              Plaintiffs,             )
18                                    )
       v.                             )
19                                    )
   HARRIS CONCRETE, INC., a           )
20 corporation,                       )
                                      )
21            Defendant.              )
                                      )
22 _____)

23

24

25

26

27

28

KKF/mdn/0356.21(a).wpd
Declaration of Service                                    Case No. 08 CV 0561 DMS RBB

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KERRY FENNELLY  SBN 232621<br>MELISSA W. COOK & ASSOCIATES<br>3444 CAMINO DEL RIO NORTH<br>SUITE 106<br>SAN DIEGO CA 92108 | 503-623-5053<br><br>Ref. No. or File No.<br>0356.21 | |
| ATTORNEY FOR  Plaintiff | | |

Insert name of court and name of judicial district and branch if any.

District Court Southern District, San Diego
880 Front St #4290 San Diego CA 92101

SHORT TITLE OF CASE:
San Diego County Cement Masons v Harris Concrete, Inc.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 621305 | | | | 08CV0561DMSRB |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED: TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons in a Civil Action, Complaint

ON: HARRIS CONCRETE, INC., A
    CORPORATION

AT: 8265 COMMERCIAL STREET
    SUITE 9
    LA MESA CA 91942

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

ROBERT HAYLEY
WHOSE TITLE IS: C.E.O.

ON: 03/31/08   AT: 01:46 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: ROBERT HANSELL           FEE FOR SERVICE:   69.50

RAPID LEGAL INC
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300 FAX 323-526-7377

d. Registered California process server
(1) [ ] Employee or [X] Independent Contractor
(2) Registration No. 351
(3) County: SAN DIEGO
(4) Expiration: 04/09/08

I declare under penalty of perjury, under the laws of the state of California that the foregoing is true and correct.

DATE: 04/01/08

SIGNATURE