```
 1  MELISSA W. COOK, ESQ.; SBN 134791
    mwccoast@aol.com
 2  KERRY K. FENNELLY, ESQ.; SBN: 232621
    kkfennelly@sbcglobal.net
 3  MELISSA W. COOK & ASSOCIATES
    3444 Camino del Rio North, Suite 106
 4  San Diego, California 92108
    Telephone: (619) 280-4302
 5  Facsimile:  (619) 280-4304
 6
    Attorneys for Plaintiffs
 7
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744,<br><br>                    Plaintiffs,<br><br>    v.<br><br>HARRIS CONCRETE, INC., a corporation,<br><br>                    Defendant. | CASE NO. 08-CV-0561 DMS RBB<br><br>REQUEST TO ENTER DEFAULT |

TO THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant, HARRIS CONCRETE, INC., a corporation, on the ground that said Defendant has failed to plead or otherwise defend against the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs effected the service of Summons and Complaint on said Defendant on March 31, 2008

---

KKF/ldt/0356 21(a).wpd

Complaint to Collect Delinquent Contributions and Dues, Liquidated Damages, Interest, etc.

1 | as evidenced by the Proof of Service of Summons already filed herein.
2 | The above stated facts are set forth in the accompanying Declaration of
3 | Kerry K. Fennelly.

DATED: April 22, 2008          MELISSA W. COOK & ASSOCIATES

By: *Kerry Fennelly*
Melissa W. Cook
Kerry Kessler Fennelly
Attorney for Plaintiffs

-2-
Complaint to Collect Delinquent Contributions and Dues, Liquidated Damages, Interest, etc.

# PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 3444 Camino del Rio North, Suite 106, San Diego, California 92108; I am employed in the office of a member of the bar of this Court at whose direction I served a copy, including all exhibits, if any, on **April 22, 2008**, of the following document(s):

**REQUEST TO ENTER DEFAULT AND DECLARATION OF KERRY K. FENNELLY IN SUPPORT OF REQUEST TO ENTER DEFAULT**

by placing a true copy thereof in an envelope addressed to the person(s) named below at the addresses(es) shown:

> Defendant
> Harris Concrete, Inc., a Corporation
> 8265 Commercial Street, Suite 9
> La Mesa, California 91942

☒ **By United States mail:** I placed a true copy in a sealed envelope or package addressed to the person(s) at the address(es) indicated above on the above-mentioned date and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐ **By Facsimile:** From facsimile machine telephone number (619) 280-4304, on the above-mentioned date, I served a full and complete copy of the above-referenced document(s) by facsimile transmission to the person(s) at the number(s) indicated.

☐ **By Personal Service:** I placed a true copy in a sealed envelope addressed to each person(s) named at the address(es) shown and gave same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **By Next Day Mail:** I placed a true copy in a sealed envelope addressed as indicated above on the above-mentioned date. I am readily familiar with this firm's practice of collection and processing of correspondence for delivery by next day mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours with a fully completed airbill under which all delivery charges are paid by this firm that same day in the ordinary course of business.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on _April 22_, 2008, at San Diego, California.

_Luisa Diaz Torres_

---

Proof of Service                                   Case No. CV 07-5082 CAS (AJWx)