MELISSA W. COOK, ESQ.; SBN 134791
mwccoast@aol.com
KERRY K. FENNELLY, ESQ.; SBN: 232621
kkfennelly@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS CONCRETE, INC., a corporation,<br><br>Defendant. | CASE NO. 08-CV-0561 DMS RBB<br><br>DECLARATION OF KERRY K. FENNELLY IN SUPPORT OF REQUEST TO ENTER DEFAULT |

I, Kerry K. Fennelly, hereby declare as follows:

     1.   I am an attorney at law duly authorized to practice before all the Courts of the State of California, and I am an associate of Melissa W. Cook & Associates, A.P.C., attorney of record for Plaintiffs herein. I make this Declaration based upon my personal knowledge. If called upon to testify to the facts declared herein, I could and would competently testify thereto.

2. Plaintiffs effected the service of the Summons and complaint on Defendant, HARRIS CONCRETE, INC., a corporation, on March 31, 2008 as evidenced by the Proof of Service of Summons already filed herein.

3. Said Defendant has failed to plead or otherwise defend against the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and this declaration was executed on this 22 day of April, 2008, at San Diego California.

KERRY K. FENNELLY

-2-