1  Steven R. Borer, Esq. (Bar No. 137873)
   Email address: srb@procopio.com
2  Laura B. Riesenberg, Esq. (Bar No. 185830)
   Email address: lbr@procopio.com
3  members of
   PROCOPIO, CORY, HARGREAVES &
4      SAVITCH LLP
   a limited liability partnership
5  530 B Street, Suite 2100
   San Diego, California 92101
6  Telephone: 619.525.3854
   Facsimile: 619.744.5424
7
   Attorneys for Defendant HARRIS CONCRETE, INC.
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744, <br><br>Plaintiffs, <br><br>v. <br><br>HARRIS CONCRETE, INC., a corporation, <br><br>Defendant. | Case No.: 08-CV-0561 DMS RBB <br><br>**STIPULATION SETTING ASIDE DEFAULT OF DEFENDANT HARRIS CONCRETE, INC.** <br><br>**Judge: Dana M. Sabraw** <br>**Magistrate Judge: Ruben B. Brooks** |

IT IS HEREBY STIPULATED, by and between plaintiffs SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744 and defendant HARRIS CONCRETE, INC., through their respective counsel, that:

1. The default entered against defendant HARRIS CONCRETE, INC., is set aside;

2. HARRIS CONCRETE, INC., will file its answer to the complaint within 10 days of the date this order is signed.

DATED: April 25, 2008

MELISSA W. COOK & ASSOCIATES

By: /s/ Melissa W. Cook
Melissa W. Cook, Esq.
Attorneys for Plaintiffs
SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744

DATED: ~~April~~ MAY 6, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Steven R. Borer
Steven R. Borer, Esq.
Laura B. Riesenberg, Esq.
Attorneys for Defendant
HARRIS CONCRETE, INC.

## ~~ORDER~~

~~Pursuant to the stipulation of the parties, and good cause appearing, it hereby ordered that the default entered against defendant Harris Concrete, Inc., be set aside and Harris Concrete, Inc., shall file its answer to the complaint within 10 days of the date this Order is signed.~~

~~Dated: _____~~

~~UNITED STATES DISTRICT JUDGE~~

2

Stipulation Setting Aside Default
Case No. 08-CV-00561 DMS RBB

124371/000008/911826.01

PAGE 5/5 * RCVD AT 4/25/2008 1:30:42 PM [Pacific Daylight Time] * SVR:RIGHTFAX/3 * DNIS:5424 * CSID:6192804304 * DURATION (mm-ss):01-22