**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS CONCRETE, INC., a corporation,<br><br>Defendant. | Case No.: 080-CV-0561 DMS RBB<br><br>**ORDER SETTING ASIDE DEFAULT OF DEFENDANT HARRIS CONCRETE, INC.**<br><br>**Judge: Dana M. Sabraw**<br>**Magistrate Judge: Ruben B. Brooks** |

Pursuant to the stipulation of the parties, and good cause appearing, it hereby ordered that the default entered against defendant Harris Concrete, Inc., be set aside and Harris Concrete, Inc., shall file its answer to the complaint within 10 days of the date this Order is signed.

Dated: May 16, 2008

_____
UNITED STATES DISTRICT JUDGE