1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   SAN DIEGO COUNTY CEMENT MASONS  )   Civil No. 08CV00561 DMS(RBB)
     GROUP INSURANCE TRUST; SAN      )
12   DIEGO COUNTY CEMENT MASONS      )   NOTICE AND ORDER FOR EARLY
     PENSION TRUST FUND; SAN DIEGO   )   NEUTRAL EVALUATION CONFERENCE
13   COUNTY CEMENT MASONS APPRENTICE )
     AND TRAINING TRUST FUND; SAN    )
14   DIEGO COUNTY CEMENT MASONS      )
     LOCAL 500/AREA 744 VACATION     )
15   PLAN; and OPERATIVE PLASTERERS' )
     AND CEMENT MASONS'              )
16   INTERNATIONAL ASSOCIATION,      )
     LOCAL UNION 500/AREA 744,       )
17                                   )
                      Plaintiff,     )
18                                   )
     v.                              )
19                                   )
     HARRIS CONCRETE, INC., a        )
20   corporation,                    )
                                     )
21                    Defendants.    )
     _____)

22

23   IT IS HEREBY ORDERED that an early neutral evaluation of your

24   case will be held on June 27, 2008, at 1:30 p.m. in the chambers of

25   United States Magistrate Judge Ruben B. Brooks, United States

26   Courthouse, 940 Front Street, Room 1185, San Diego, California.

27        Pursuant to Rule 16.1(c) of the Local Rules of the United

28   States District Court for the Southern District of California, all

                                     1

1 parties, claims adjusters for insured Defendants and non-lawyer

2 representatives with full and unlimited authority[1] to enter into a

3 binding settlement, as well as the principal attorneys responsible

4 for the litigation, must be present and legally and factually

5 prepared to discuss and resolve the case.  Corporate counsel shall

6 not appear on behalf of a corporation as the party representative

7 who has the authority to negotiate and enter into a settlement.

8 Failure to attend or obtain a proper excusal will be considered

9 grounds for sanctions.  (Where the suit involves the United States

10 or one of its agencies, only counsel for the United States with

11 full settlement authority need appear.)  (If Plaintiff is

12 incarcerated in a penal institution or other facility, the

13 Plaintiff's presence is not required and Plaintiff may participate

14 by telephone.  In that case, defense counsel is to coordinate the

15 Plaintiff's appearance by telephone.)

16     Plaintiff's(s') counsel shall give notice of the early neutral

17 evaluation conference to all defendants filing an answer after the

18 date of this notice.

19     All conference discussions will be informal, off the record,

20 privileged and confidential.  Absent good cause shown, if any

21 party, counsel or representative fails to promptly appear at the

22 _____

23 [1]  "Full authority to settle" means that the individuals at the settlement conference be authorized to fully explore settlement options and to agree at that time to any settlement terms
24 acceptable to the parties.  Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648 (7th Cir. 1989).  The person needs to have
25 "unfettered discretion and authority" to change the settlement position of a party.  Pitman v. Brinker Int'l, Inc., 216 F.R.D.
26 481, 485-86 (D. Ariz. 2003).  The purpose of requiring a person with unlimited settlement authority to attend the conference
27 includes that the person's view of the case may be altered during the face-to-face conference.  Pitman at 486.  A limited or a sum
28 certain of authority is not adequate.  Nick v. Morgan's Foods, Inc., 270 F.3d 590 (8th Cir. 2001).

08CV00561 DMS(RBB)

1  settlement conference, fails to comply with the terms of this

2  Order, including the failure to timely provide the settlement

3  conference memoranda WHEN REQUESTED, is substantially unprepared to

4  meaningfully participate in the settlement conference, or fails to

5  participate in good faith in the settlement conference, the

6  settlement conference may be vacated and sanctions may be imposed

7  pursuant to Rules 16(f) and 37(b)(2)(B), (C), and (D), Federal

8  Rules of Civil Procedure.

9       In the event the case does not settle at the early neutral

10 evaluation conference, the parties shall also be prepared to

11 discuss the following matters at the conclusion of the conference:

12      1.  Any anticipated objections under Federal Rules of Civil

13 Procedure 26(a)(1)(E) to the initial disclosure provisions of

14 Federal Rule of Civil Procedure 26(a)(1)(A-D);

15      2.  The scheduling of the Federal Rule of Civil Procedure 26

16 (f) conference;

17      3.  The date of initial disclosure and the date for lodging

18 the discovery plan following the Rule 26(f) conference; and

19      4.  The scheduling of a case management conference pursuant to

20 Federal Rule of Civil Procedure 16(b).

21      The Court will issue an order following the early neutral

22 evaluation conference addressing these issues and setting dates as

23 appropriate.

24      Questions regarding this case may be directed to the

25 magistrate judge's research attorney at (619) 557-3404.

26

27 Dated: May 21, 2008

   RUBEN B. BROOKS

28                          United States Magistrate Judge

1 | cc:   All Parties of Record

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 | A Notice of Right to Consent to Trial Before a United States Magistrate Judge is attached for your information.

28

K:\COMMON\BROOKS\CASES\S.D.CEMENT561\ENEOrder.wpd

revised 9/03                                        4                                08CV00561 DMS(RBB)

1

### <u>NOTICE OF RIGHT TO CONSENT TO TRIAL BY UNITED STATES</u><br><u>MAGISTRATE JUDGE</u>

2

3      In accordance with the provisions of 28 U.S.C. § 636(c), you
are hereby notified that a United States Magistrate Judge of this
4  district may, upon the consent of all parties, conduct any or all
proceedings, including a jury or non-jury trial, and order the
5  entry of a final judgment.  Consent forms are available in the
Clerk's office.  Counsel for the Plaintiff shall be responsible for
6  obtaining the consent of all parties, should they desire to
consent.

7

8      You should be aware that your decision to consent or not to
consent is entirely voluntary and should be communicated solely to
the Clerk of the Court.  Only if all parties consent will the
9  district judge or magistrate judge to whom the case has been
assigned be informed of your decision.

10

11      Judgments of the United States Magistrate Judges are
appealable to the United States Court of Appeals in accordance with
this statute and the Federal Rules of Appellate Procedure unless
12  the parties at the time of their consent to trial before a
magistrate judge agree upon review by the United States District
13  Court.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\COMMON\BROOKS\CASES\S.D.CEMENT561\ENEOrder.wpd