1  Steven R. Borer, Esq. (Bar No. 137873)
   Email address: srb@procopio.com
2  Laura B. Riesenberg, Esq. (Bar No. 185830)
   Email address: lbr@procopio.com
3  members of
   PROCOPIO, CORY, HARGREAVES &
4      SAVITCH LLP
   a limited liability partnership
5  530 B Street, Suite 2100
   San Diego, California 92101
6  Telephone: 619.525.3854
   Facsimile: 619.744.5424
7
   Attorneys for Defendant HARRIS CONCRETE, INC.
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744, <br><br> Plaintiffs, <br><br> v. <br><br> HARRIS CONCRETE, INC., a corporation, <br><br> Defendant. | Case No.: 080-CV-0561 DMS RBB <br><br> **CERTIFICATE OF SERVICE ON ANSWER OF DEFENDANT HARRIS CONCRETE, INC.** <br><br> Judge: Dana M. Sabraw <br> Magistrate Judge: Ruben B. Brooks |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On June 2, 2008, I served the within documents:

**ANSWER OF DEFENDANT HARRIS CONCRETE, INC.**

☐ by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

| | | |
|---|---|---|
|1| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |
|5| ☐ | by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration. |
|9| ☐ | by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below. |
|11| X | by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c) |

Melissa W. Cook, Esq.  
Kerry K. Fennelly, Esq.  
kkfennelly@sbcglobal.net  
MELISSA W. COOK & ASSOCIATES  
3444 Camino del Rio North, Suite 106  
San Diego, CA  92108

Telephone: (619) 280-4302  
Facsimile: (619) 280-4304

**Attorneys for Plaintiffs**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 2, 2008, at San Diego, California.

*Rebecca Chapman* (signature)  
Rebecca Chapman