```
 1  MELISSA W. COOK, ESQ.; SBN 134791
    KERRY K. FENNELLY, ESQ.; SBN: 232621
 2  MELISSA W. COOK & ASSOCIATES
    3444 Camino del Rio North, Suite 106
 3  San Diego, California 92108
    Telephone:  (619) 280-4302
 4  Facsimile:  (619) 280-4304
    MWCCoast@aol.com
 5  kkfennelly@sbcglobal.net

 6  Attorneys for Plaintiffs

 7
                       UNITED STATES DISTRICT COURT
 8
                      SOUTHERN DISTRICT OF CALIFORNIA
 9
10  SAN DIEGO COUNTY CEMENT       )  Case No. 08 CV 0561 DMS (RBB)
    MASONS GROUP INSURANCE        )
11  TRUST; SAN DIEGO COUNTY       )  PLAINTIFFS' NOTICE OF
    CEMENT MASONS PENSION TRUST   )  MOTION AND MOTION FOR
12  FUND; SAN DIEGO COUNTY        )  SUMMARY JUDGMENT
    CEMENT MASONS APPRENTICE      )
13  AND TRAINING TRUST FUND; SAN  )
    DIEGO COUNTY CEMENT MASONS    )
14  LOCAL 500/AREA 744 VACATION   )
    PLAN; and OPERATIVE           )
15  PLASTERERS' AND CEMENT        )
    MASONS' INTERNATIONAL         )
16  ASSOCIATION, LOCAL UNION      )
    500/AREA 744,                 )
17                                )
              Plaintiffs,         )
18                                )
         v.                       )
19                                )  Hearing Date: July 18, 2008
    HARRIS CONCRETE, INC., a      )  Time:         1:30 p.m.
20  corporation,                  )  Courtroom:    10
                                  )  Hon. Dana M. Sabraw
21            Defendant.          )  Complaint Filed: March 25, 2008
                                  )
22  ──────────────────────────────

23

24  TO DEFENDANT AND ITS ATTORNEY OF RECORD:

25         PLEASE TAKE NOTICE that on July 18, 2008, at 1:30 p.m. or soon

26  thereafter as this matter may be heard by the above-entitled Court, located at 940 Front

27  Street, San Diego, CA 92101, Courtroom 10,  the Honorable Dana M. Sabraw, United

28  States District Judge, presiding, Plaintiffs will present their Motion for Summary
```

Judgment against Defendant, HARRIS CONCRETE, INC., a corporation, on the grounds that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reasons that:

    1.    Defendant has failed to submit accurate and prompt monthly reports and to pay contributions and dues to Plaintiffs for the time period of February, 2007 to the present as required by the Short Form Agreement, which incorporates the terms and provisions of the Master Labor Agreements (the "Collective Bargaining Agreements") and of the Declaration of Trusts (the "Trust Agreements"), and by the rules, regulations and procedures of the Trust Funds, the Vacation Plan and the Union.

    2.    Defendant has failed to submit to an audit of Defendant's books and records covering the time period of January, 2007 to the present as required by the Agreements.

    3.    As such, pursuant to the Agreements and ERISA Sections 515 and 502(g)(2), 29 U.S.C. Sections 1145 and 1132(g)(2), Defendant is liable to Plaintiffs for $109,246.55 in unpaid Contributions plus $13,716.82 in unpaid liquidated damages and $7,623.55 in unpaid interest for the months of February, 2007 to April, 2008. Additionally, Plaintiffs are entitled to their reasonable attorney's fees and costs of the lawsuit.

    4.    Additionally, Plaintiffs are entitled to an Order requiring Defendant to submit its records to Plaintiffs for audit for the time period of January, 2007 to the present.

This Motion is made following the telephone conference of counsel for the parties, which took place on May, 20, 2008.

///
///
///
///
///

1  This Motion is based on the Notice herein, and concurrently filed
2  Memorandum of Points and Authorities, Declarations of Sandra Eatchel and Kerry K.
3  Fennelly, Esq., and the pleadings, files and other matters that may be presented at the
4  hearing.
5  DATED: June 6, 2008     MELISSA W. COOK & ASSOCIATES

By: */S/ Kerry K. Fennelly*
Melissa W. Cook
Kerry K. Fennelly
Attorneys for Plaintiffs
Email: kkfennelly@sbcglobal.net