1  MELISSA W. COOK, ESQ.; SBN 134791
   KERRY K. FENNELLY, ESQ.; SBN: 232621
2  MELISSA W. COOK & ASSOCIATES
   3444 Camino del Rio North, Suite 106
3  San Diego, California 92108
   Telephone:  (619) 280-4302
4  Facsimile:  (619) 280-4304
   MWCCoast@aol.com
5  kkfennelly@sbcglobal.net

6  Attorneys for Plaintiffs

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 SAN DIEGO COUNTY CEMENT          )   Case No. 08 CV 0561 DMS (RBB)
   MASONS GROUP INSURANCE           )
11 TRUST; SAN DIEGO COUNTY          )   DECLARATION OF KERRY K.
   CEMENT MASONS PENSION TRUST      )   FENNELLY IN SUPPORT OF
12 FUND; SAN DIEGO COUNTY           )   PLAINTIFFS' MOTION FOR
   CEMENT MASONS APPRENTICE         )   SUMMARY JUDGMENT
13 AND TRAINING TRUST FUND; SAN     )
   DIEGO COUNTY CEMENT MASONS       )
14 LOCAL 500/AREA 744 VACATION      )
   PLAN; and OPERATIVE              )
15 PLASTERERS' AND CEMENT           )
   MASONS' INTERNATIONAL            )
16 ASSOCIATION, LOCAL UNION         )
   500/AREA 744,                    )
17                                  )
                 Plaintiffs,        )
18                                  )
           v.                       )
19                                  )   Hearing Date:  July 18, 2008
   HARRIS CONCRETE, INC., a         )   Time:          1:30 p.m.
20 corporation,                     )   Courtroom:     10
                                    )   Hon. Dana M. Sabraw
21               Defendant.         )   Complaint Filed: March 25, 2008
                                    )
22 ─────────────────────────────────

23         I, Kerry K. Fennelly, hereby declare as follows:

24         1.    I am an attorney at law duly authorized to practice before all the

25 Courts of the State of California, and I am an associate attorney with Melissa W. Cook

26 & Associates, A.P.C., counsel of record for Plaintiffs, SAN DIEGO COUNTY CEMENT

27 MASONS GROUP INSURANCE TRUST, SAN DIEGO COUNTY CEMENT

28 MASONS PENSION TRUST FUND, SAN DIEGO COUNTY CEMENT MASONS

APPRENTICE AND TRAINING TRUST FUND, SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN, and OPERATIVE PLASTERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744.

2. I have personal knowledge of the information contained herein, and if called as a witness, could and would competently testify hereto.

3. Plaintiffs filed the Complaint in the above-entitled action on March 25, 2008.

4. Defendant filed its Answer to the Complaint on May 20, 2008.

5. This Motion is made following the telephone conference of counsel for the parties, which took place on May, 20, 2008.

6. Plaintiffs and Defendant have engaged in settlement discussions but have been unable to resolve this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 6, 2008        */S/ Kerry K. Fennelly*
                                Kerry K. Fennelly, Esq.
                                Email: kkfennelly@sbcglobal.net

Declaration of Kerry K. Fennelly in Support of Pl's MSJ        Case No. CV 07-1497 ODW (FMOx)