1  MELISSA W. COOK, ESQ.; SBN 134791
   MELISSA W. COOK & ASSOCIATES, A.P.C.
2  3444 Camino del Rio North, Suite 106
   San Diego, California 92108
3  Telephone: (619)280-4302
   Facsimile : (619) 280-4304
4
   Attorneys for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10 SAN DIEGO COUNTY CEMENT          )  Case No.  08 CV 0561 DMS (RBB)
   MASONS GROUP INSURANCE           )
11 TRUST, et al.                    )  DECLARATION OF SERVICE
                                    )
12              Plaintiff,          )  Person Served:
                                    )  Steven R. Borer, Esq.
13       v.                         )  Attorney for Harris Concrete
                                    )
14 HARRIS CONCRETE, INC., a         )  Date Served:
   corporation                      )  June 6, 2006
15                                  )
                Defendant.          )
16 ─────────────────────────────────)

17       I, the undersigned, declare under penalty of perjury that I am over the age

18 of eighteen years and not a party to this action; that I served the following documents:

19 1) PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;
   (2) PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
20 MOTION FOR SUMMARY JUDGMENT; (3) DECLARATION OF SANDRA EATCHEL
   IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; (4)
21 DECLARATION OF KERRY K. FENNELLY IN SUPPORT OF PLAINTIFFS' MOTION
   FOR SUMMARY JUDGMENT; (5) [Proposed] STATEMENT OF UNCONTROVERTED
22 FACTS AND CONCLUSIONS OF LAW; (6) [PROPOSED] JUDGMENT; and (7)
   [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY
23 JUDGMENT

24 in the following manner:

25 [ ]    By personally delivering copies to the person served.

26 [ ]    By leaving, during usual office hours, copies in the office of the person served
          with the person who apparently was in charge and thereafter mailing (by first-class
27        mail, postage prepaid) copies to the person served at the place where the copies
          were left.

28

OFFICE/mdn/0356.21 Dec.wpd
Declaration of Service                                    Case No.08 CV 0561 DMS (RBB)

| | | |
|---|---|---|
| 1 | [ ] | By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. |
| 2 | [ ] | By depositing this day in the United States Mail at San Diego, California, a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows: |
| 3 | [X] | I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and that the above-referenced document(s) shall be deposited with the United States Postal Service this day in the ordinary course of business by placing a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows: |

    Steven R. Borer, Esq.
    Procopio, Cory, Hargreaves & Savitch, LLP
    530 B Street, Suite 2100
    San Diego, California 92101
    Attorneys for Defendant

I caused the above-mentioned document(s) to be electronically filed.

Executed on June 6, 2008, at San Diego, California.

                                Luisa Diaz Torres