1  MELISSA W. COOK, ESQ.; SBN 134791
   MELISSA W. COOK & ASSOCIATES, A.P.C.
2  3444 Camino del Rio North, Suite 106
   San Diego, California 92108
3  Telephone: (619)280-4302
   Facsimile : (619) 280-4304
4
   Attorneys for Plaintiffs
5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10 SAN DIEGO COUNTY CEMENT    )   Case No. 08 CV 0561 DMS (RBB)
   MASONS GROUP INSURANCE     )
11 TRUST, et al.              )   DECLARATION OF SERVICE
                              )
12           Plaintiffs,      )
                              )
13     v.                     )
                              )
14 HARRIS CONCRETE, INC., a   )
   corporation                )   Judge:     Dana N. Sabraw
15                            )   Courtroom: 10
             Defendant.       )
16 _____)

17         I, the undersigned, declare under penalty of perjury that I am a resident of

18 the State of California, over the age of eighteen years and not a party to this action. My

19 business address is Melissa W. Cook & Associates, 3444 Camino del Rio North, Suite

20 106, San Diego, California 92108. On June 9, 2008, I served the following documents:

21 **1). APPLICATION FOR RIGHT TO ATTACH ORDER, TEMPORARY PROTECTIVE
   ORDER, ETC. (Attachment); 2). EX-PARTE ~ RIGHT TO ATTACH ORDER AND
22 ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT (RESIDENT); AND 3). WRIT
   OF ATTACHMENT.**
23
   in the following manner:
24
   [ ]     By personally delivering copies to the person served.
25
   [ ]     By leaving, during usual office hours, copies in the office of the person served
26         with the person who apparently was in charge and thereafter mailing (by first-class
           mail, postage prepaid) copies to the person served at the place where the copies
27         were left.

28 [ ]     By leaving copies at the dwelling house, usual place of abode, or usual place of

   OFFICE/mdn/0356.21.Dec.wpd
   Declaration of Service                              Case No.08 CV 0561 DMS (RBB)

|   |   |   |
|---|---|---|
| 1 |   | business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. |
| 4 | [ ] | By depositing this day in the United States Mail at San Diego, California, a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows: |
| 6 | [] | I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and that the above-referenced document(s) shall be deposited with the United States Postal Service this day in the ordinary course of business by placing a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows: |
| 9 | [X] | By the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c) |

Steven R. Borer, Esq.
srb@procopio.com
Laura B. Riesenberg, Esq.
Procopio, Cory, Hargreaves & Savitch, LLP
530 B Street, Suite 2100
San Diego, California 92101
**Attorneys for Defendant**
Telephone: 619-525-3854
Facsimile:  619-744-5424

[ ]  (*State*) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (*Federal]* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 9 2008, at San Diego, California.

Luisa Diaz Torres

---
Declaration of Service                                             -2-                                 Case No.08 CV 0561 DMS (RBB)