MELISSA W. COOK, ESQ.; SBN 134791
KERRY K. FENNELLY, ESQ.; SBN: 232621
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone:  (619) 280-4302
Facsimile:  (619) 280-4304
MWCCoast@aol.com
kkfennelly@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST; SAN DIEGO COUNTY CEMENT MASONS PENSION TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS APPRENTICE AND TRAINING TRUST FUND; SAN DIEGO COUNTY CEMENT MASONS LOCAL 500/AREA 744 VACATION PLAN; and OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL UNION 500/AREA 744, <br><br>                    Plaintiffs, <br><br>          v. <br><br> HARRIS CONCRETE, INC., a corporation, <br><br>                    Defendant. | Case No. 08 CV 0561 DMS (RBB) <br><br> PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT <br><br><br><br><br><br> Hearing Date:    July 18, 2008 <br> Time:               1:30 p.m. <br> Courtroom:       10 <br> Judge:             Dana M. Sabraw <br> Complaint Filed: March 25, 2008 |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

          PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their Motion for

Summary Judgment and their Application for Right to Attach Order and Order for

Issuance of Writ of Attachment both scheduled to be heard on July 18, 2008, at 1:30 p.m.

by the above-entitled Court, located at 940 Front Street, San Diego, California 92101,

Courtroom 10,  the Honorable Dana M. Sabraw, United States District Judge, presiding.

1    This Notice of Withdrawal of Motions is filed pursuant to Local Rule

2    7.1(g)(1).

3

4    DATED: July 2, 2008              MELISSA W. COOK & ASSOCIATES

5

6                                     By: *S/Kerry K. Fennelly*_____
                                          Melissa W. Cook
7                                         Kerry K. Fennelly
                                          Attorneys for Plaintiffs
8                                         Email: kkfennelly@sbcglobal.net

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs' Notice of Withdrawal of Motion for Summary Judgment and App.        Case No. 08 CV 0561 DMS (RBB)