MELISSA W. COOK, ESQ.; SBN 134791
KERRY K. FENNELLY, ESQ.; SBN: 232621
MELISSA W. COOK & ASSOCIATES, A.P.C.
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile : (619) 280-4304

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST, et al.<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS CONCRETE, INC., a corporation<br><br>Defendant. | Case No. 08 CV 0561 DMS (RBB)<br><br>DECLARATION OF SERVICE<br><br>Hearing Date: July 18, 2008<br>Time: 1:30 p.m.<br>Judge: Dana M. Sabraw<br>Courtroom: 10<br>Complaint Filed: March 25, 2008 |

I, the undersigned, declare under penalty of perjury that I am a resident of the State of California, over the age of eighteen years and not a party to this action. My business address is Melissa W. Cook & Associates, 3444 Camino del Rio North, Suite 106, San Diego, California 92108. On July 2, 2008, I served the following documents:

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**

in the following manner:

[ ]     By personally delivering copies to the person served.

[ ]     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

[ ]   By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

[ ]   By depositing this day in the United States Mail at San Diego, California, a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows:

[ ]   I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and that the above-referenced document(s) shall be deposited with the United States Postal Service this day in the ordinary course of business by placing a copy thereof in a separate envelope addressed to each addressee, respectively, with postage thereon fully prepaid and sealed, as follows:

[X]   By the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)

    Steven R. Borer, Esq.
    srb@procopio.com
    Laura B. Riesenberg, Esq.
    Procopio, Cory, Hargreaves & Savitch, LLP
    530 B Street, Suite 2100
    San Diego, California 92101
    **Attorneys for Defendant**
    Telephone: 619-525-3854
    Facsimile:   619-744-5424

[ ]   *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   *(Federal]* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2008, at San Diego, California.

Luisa Diaz Torres