1   MELISSA W. COOK, ESQ.; SBN 134791
    KERRY K. FENNELLY, ESQ.; SBN: 232621
2   MELISSA W. COOK & ASSOCIATES
    3444 Camino del Rio North, Suite 106
3   San Diego, California 92108
    Telephone:  (619) 280-4302
4   Facsimile:  (619) 280-4304
    mwccoast@aol.com
5   kkfennelly@sbcglobal.net

6   Attorneys for Plaintiffs

7

8   STEVEN R. BORER, ESQ.; SBN: 137873
    PROCOPIO, CORY, HARGREAVES
        & SAVITCH, LLP
9   530 "B" Street, Suite 2100
    San Diego, California 92101
10  Telephone: (619) 525-3854
    Facsimile:  (619) 744-5424
11  srb@procopio.com

12  Attorneys for Defendant

13                  UNITED STATES DISTRICT COURT

14                SOUTHERN DISTRICT OF CALIFORNIA

15

16  SAN DIEGO COUNTY CEMENT            )   CASE NO. 08 CV 0561 DMS (RBB)
    MASONS GROUP INSURANCE             )
17  TRUST; SAN DIEGO COUNTY            )   JOINT MOTION FOR DISMISSAL
    CEMENT MASONS PENSION TRUST        )
18  FUND; SAN DIEGO COUNTY             )
    CEMENT MASONS APPRENTICE           )
19  AND TRAINING TRUST FUND; SAN       )
    DIEGO COUNTY CEMENT MASONS         )
20  LOCAL 500/AREA 744 VACATION        )
    PLAN; and OPERATIVE                )
21  PLASTERERS' AND CEMENT             )
    MASONS' INTERNATIONAL              )
22  ASSOCIATION, LOCAL UNION           )
    500/AREA 744,                      )
23                                     )
                    Plaintiffs,        )
24                                     )
            v.                         )
25                                     )
    HARRIS CONCRETE, INC., a           )
26  corporation,                       )
                                       )
27                  Defendant.         )
    _____)
28

KKF/ldt/0356.21(j).wpd

Joint Motion for Dismissal                    Case No. 08 CV 0561 DMS (RBB)

1    THE PARTIES TO THIS ACTION through their designated counsel hereby

2  move this Court to dismiss the above-captioned action with prejudice pursuant to FRCP

3  41(a)(1).

4

5  DATED: _____, 2008          MELISSA W. COOK & ASSOCIATES

6

7                                          By: S/Kerry K. Fennelly
                                              Melissa W. Cook
8                                             Kerry K. Fennelly
                                              Attorneys for Plaintiffs
9                                             E-mail: kfennelly@sbcglobal.net

10
   DATED: _____, 2008          PROCOPIO, CORY, HARGREAVES
11                                       & SAVITCH, LLP

12
                                          By: S/Steven R. Borer
13                                            Steven R. Borer
                                              Attorneys for Defendant
14                                            E-mail: srb@procopio.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion for Dismissal                           Case No. 08 CV 0561 DMS (RBB)