1  MELISSA W. COOK, ESQ.; SBN 134791
   KERRY K. FENNELLY, ESQ.; SBN: 232621
2  MELISSA W. COOK & ASSOCIATES
   3444 Camino del Rio North, Suite 106
3  San Diego, California 92108
   Telephone:  (619) 280-4302
4  Facsimile:  (619) 280-4304
   mwccoast@aol.com
5  kkfennelly@sbcglobal.net

6  Attorneys for Plaintiffs

7
   STEVEN R. BORER, ESQ.; SBN: 137873
8  PROCOPIO, CORY, HARGREAVES
      & SAVITCH, LLP
9  530 "B" Street, Suite 2100
   San Diego, California 92101
10 Telephone: (619) 525-3854
   Facsimile:  (619) 744-5424
11 srb@procopio.com

12 Attorneys for Defendant

13                 UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15

16 SAN DIEGO COUNTY CEMENT          )   CASE NO. 08 CV 0561 DMS (RBB)
   MASONS GROUP INSURANCE           )
17 TRUST; SAN DIEGO COUNTY          )   JOINT MOTION FOR DISMISSAL
   CEMENT MASONS PENSION TRUST      )
18 FUND; SAN DIEGO COUNTY           )
   CEMENT MASONS APPRENTICE         )
19 AND TRAINING TRUST FUND; SAN     )
   DIEGO COUNTY CEMENT MASONS       )
20 LOCAL 500/AREA 744 VACATION      )
   PLAN; and OPERATIVE              )
21 PLASTERERS' AND CEMENT           )
   MASONS' INTERNATIONAL            )
22 ASSOCIATION, LOCAL UNION         )
   500/AREA 744,                    )
23                                  )
                Plaintiffs,         )
24                                  )
        v.                          )
25                                  )
   HARRIS CONCRETE, INC., a         )
26 corporation,                     )
                                    )
27              Defendant.          )
   _____)

28

1    THE PARTIES TO THIS ACTION through their designated counsel hereby

2  move this Court to dismiss the above-captioned action with prejudice pursuant to FRCP

3  41(a)(1).

4

5  DATED:  August 1, 2008        MELISSA W. COOK & ASSOCIATES

6

7                                By: S/Kerry K. Fennelly
                                     Melissa W. Cook
8                                    Kerry K. Fennelly
                                     Attorneys for Plaintiffs
9                                    E-mail: kfennelly@sbcglobal.net

10
   DATED:  August 1, 2008        PROCOPIO, CORY, HARGREAVES
11                                   & SAVITCH, LLP

12
                                 By: S/Steven R. Borer
13                                   Steven R. Borer
                                     Attorneys for Defendant
14                                   E-mail: srb@procopio.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion for Dismissal                        Case No. 08 CV 0561 DMS (RBB)