## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>S.D. COUNTY CEMENT</u> v. <u>HARRIS CONCRETE</u>          Case No. <u>08cv0561 DMS(RBB)</u>
                                                          **Time Spent:** _____

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>                    <u>Rptr.</u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                          <u>Defendants</u>

<u>Melissa Cook</u>                                        <u>Steve Borer</u>
<u>Kerry Fennelly</u>

PROCEEDINGS:  ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on August 12, 2008, at 8:30 a.m. is vacated.

The joint motion for dismissal was filed on August 4, 2008.

DATE: <u>August 4, 2008</u>          IT IS SO ORDERED:   *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc:  Judge Sabraw                                INITIALS:  <u>VL (mg/irc)</u> Deputy
     All Parties of Record