# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COUNTY CEMENT MASONS GROUP INSURANCE TRUST, et al.,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>HARRIS CONCRETE, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08-cv-0561 DMS (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br><br>[Doc. 20] |

　　Pursuant to stipulation, the action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 14, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　United States District Judge